PROB 12C
(6/16)

Report Date: May 5, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sawndra King | Case Number: 0980 4:18CR06020-EFS-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

Original Offense: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | March 6, 2020 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | March 5, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/31/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is considered to be in violation of her period of supervised release by using a controlled substance, methamphetamine, on or prior to April 20, 2020.<br><br>On March 11, 2020, the offender reviewed and signed her Judgement in a Criminal Case indicating she understood she was not to use illegal controlled substances.<br><br>On April 7, 2020, the offender was verbally directed to begin calling the color line at Pioneer Human Services in Spokane, Washington, and report for random drug testing when the color Gold was noted. The offender verbally acknowledged she understood the direction. |

Prob12C
**Re: King, Sawndra**
**May 5, 2020**
**Page 2**

On April 20, 2020, the color Gold was noted and the offender reported as instructed. The sample returned presumptive positive for the presence of methamphetamine and was forwarded to Alere Toxicology Services for confirmation. The sample was confirmed positive for the presence of methamphetamine on April 30, 2020.

On May 5, 2020, phone contact was made with the offender regarding the positive test. She freely admitted to using the methamphetamine prior to April 20, 2020. The offender noted she used the methamphetamine with some other individuals after she found herself removed from her housing and was stuck living on the streets. The offender noted she "made a bad choice."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/05/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

May 6, 2020

Date