PROB 12C
(6/16)

Report Date:  May 19, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 20, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sawndra King                Case Number: 0980 4:18CR06020-EFS-1

Address of Offender:                          Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) |

Original Sentence:     Prison - 24 months;          Type of Supervision: Supervised Release
                       TSR - 48 months

Asst. U.S. Attorney:   Stephanie A. Van Marter      Date Supervision Commenced: March 6, 2020

Defense Attorney:      Amy Rubin                    Date Supervision Expires: March 5, 2024

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/31/2020 and 05/06/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is considered to be in violation of her period of supervised release by failing to report for random urinalysis testing on May 8 and 18, 2020.

On March 11, 2020, the offender reviewed and signed her Judgement in a Criminal Case indicating she understood she was to submit to random urinalysis testing as directed by her supervising officer.

On April 7, 2020, the offender was verbally directed to begin calling the color line at Pioneer Human Services in Spokane, Washington, and report for random drug testing when the color Gold was noted. The offender verbally acknowledged she understood the direction.

**Prob12C**
**Re: King, Sawndra**
**May 19, 2020**
**Page 2**

On May 8, 2020, the color Gold was called but the offender failed to report for testing. Pioneer Human Services emailed a notification of the offender's failure to report and supply a random urine sample for testing. The offender was contacted by phone and asked about the missed test. She advised she had simply forgotten to call. The offender was reminded of her condition to call daily and report for all random drug tests when the color Gold is called. The offender verbally acknowledged she understood. The offender also noted she had placed an alarm on her phone to remind her to call each day.

On May 18, 2020, the color Gold was once again called. The offender failed to report for testing. Pioneer Human Services emailed a notification of the offender's failure to report and supply a random urinalysis sample.

On May 19, 2020, phone contact was made with the offender regarding the missed drug test. She advised she had simply forgotten until she received this officer's text message reminding her to call me and to continue calling for random drug tests. The text was sent at 4:45 p.m. and Pioneer Human Services closed at 5 p.m. for testing. The offender was asked why she had not called Pioneer Human Services earlier in the day so she could report for testing prior to their closing. She stated again that she had forgotten to call. An inquiry was made about the alarm she had supposedly placed on her phone as a reminder. It was found that the offender had not set the alarm on her phone. To date, the offender has failed to report for all random drug tests for the month of May.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      05/19/2020

s/David l. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: King, Sawndra**
**May 19, 2020**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.

[ ]    Defendant to appear before the Judge assigned to the
case.

[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Edward F. Shea_
_____
Signature of Judicial Officer

May 20, 2020
_____
Date