PROB 12C
(6/16)

Report Date:  June 16, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

Jun 16, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant for Offender Under Supervision

Name of Offender: Sawndra King                      Case Number: 0980 4:18CR06020-EFS-1

Address of Offender:                                Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) |
| Original Sentence: | Prison - 24 months;  TSR - 48 months |

Type of Supervision: Supervised Release

| | | |
|---|---|---|
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 6, 2020 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: March 5, 2024 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/31/2020, 05/06/2020, and 05/19/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: The offender is considered to be in violation of her period of supervised release by associating with Brandon Thomas Field, a convicted felon, on or prior to May 27, 2020.

On March 11, 2020, the offender reviewed and signed her Judgement in a Criminal Case indicating she understood she was restricted from associating with convicted felons without first obtaining permission from her probation officer.

On April 23, 2020, the offender was found to be associating with Mr. Field.  The offender admitted Mr. Field was a convicted felon.  A criminal history check was completed and confirmed Mr. Field has been convicted of third degree assault, third degree theft, and illegal

Prob12C
**Re: King, Sawndra**
**June 16, 2020**
**Page 2**

possession of a prescription. The offender and Mr. Field were both advised the offender was restricted from having contact with him.

On May 28, 2020, a Spokane County Sheriff's deputy was on patrol when he passed a vehicle which was registered stolen. Reports state the deputy pulled the vehicle over and contact occurred with the occupants. The driver of the stolen vehicle was identified as Brandon Thomas Field and the passenger in the vehicle was identified as Sawndra King. Mr. Field was charged with possession of a stolen vehicle and operating a vehicle with a suspended licence. The offender was not charged and was released at the scene.

On June 1, 2020, phone contact was made with the offender. The offender admitted she was not to have contact with Mr. Field but stated she needed to pick up personal items out of storage in the Tri Cities and he offered to drive her. The offender denied knowing the vehicle was stolen.

6          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of her period of supervised release by using a controlled substance, methamphetamine, on or prior to June 8, 2020.

On March 11, 2020, the offender reviewed and signed her Judgement in a Criminal Case indicating she understood she was to submit to random urinalysis testing as directed by her supervising officer.

On April 7, 2020, the offender was verbally directed to begin calling the color line at Pioneer Human Services in Spokane, Washington, and report for random drug testing when the color gold was noted. The offender verbally acknowledged she understood the direction.

On June 8, 2020, the color gold was called. The offender reported Pioneer Human Services and admitted she had used methamphetamine. The offender signed the admission of drug use form admitting she had used methamphetamine about 5 days prior.

7          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of her period of supervised release by failing to report for random urinalysis testing on June 15, 2020.

On March 11, 2020, the offender reviewed and signed her Judgement in a Criminal Case indicating she understood she was to submit to random urinalysis testing as directed by her supervising officer.

**Prob12C**
**Re: King, Sawndra**
**June 16, 2020**
**Page 3**

On April 7, 2020, the offender was verbally directed to begin calling the color line at Pioneer Human Services and report for random drug testing when the color gold was noted. The offender verbally acknowledged she understood the direction.

On June 15, 2020, the color gold was called but the offender failed to report for testing. Pioneer Human Services emailed a notification noting the offender's failure to report and supply a random urine sample for testing. Efforts to contact the offender have been unsuccessful.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/16/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Edward F. Shea*

Signature of Judicial Officer

June 16, 2020

Date