PROB 12C
(6/16)

Report Date: April 6, 2021

# United States District Court

#### for the

#### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Sawndra King                    Case Number: 0980 4:18CR06020-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
| Original Sentence: | Prison - 24 months;  TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (November 12, 2020) | Prison - 135 days  TSR - 31 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: June 18, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: It is alleged that Sawndra King violated the terms of her supervised release on April 5, 2021, by failing to complete inpatient treatment as directed.<br><br>On November 19, 2020, supervision commenced in this matter. On November 24, 2020, a supervision intake was completed at which time the conditions of her supervised release were reviewed with her, to include the above-noted standard condition number 13. Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed. |

Prob12C
# Re: King, Sawndra
**April 6, 2021**
Page 2

In January 2021, Ms. King opted into the Sobriety Treatment and Education Program (STEP). As a result of continued use of illicit substances, she was sanctioned by STEP to a jail sanction followed by an inpatient treatment assessment. She was advised that should inpatient be recommended, she was to remain at the inpatient treatment facility until treatment was completed.

On March 24, 2021, Ms. King released from the Spokane County Jail to the staff of American Behavioral Health Systems (ABHS) for transport to their inpatient treatment facility. On March 25, 2021, the undersigned met with Ms. King at ABHS. Ms. King was reminded of her requirement to remain at ABHS until treatment was completed, as well as her requirement to secure USPO approved housing prior to discharge.

On April 6, 2021, the undersigned made contact with Ms. King's treatment counselor with ABHS. They advised that on April 5, 2021, a random room search was conducted. Located in Ms. King's property was drug paraphernalia (a spoon and tin foil with white residue on it). As a result, a urinalysis was collected. Ms. King tested presumptive positive for Methylenedioxymethamphetamine (MDMA), also known as ecstasy, as well as methamphetamine. Ms. King denied use and the sample was sent to the lab for additional testing. That same evening, Ms. King left the facility and her whereabouts are currently unknown.

2   **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Sawndra King violated the term of her supervised release by failing to report a change in residence on or about April 5, 2021.

On November 19, 2020, supervision commenced in this matter. On November 24, 2020, a supervision intake was completed at which time the conditions of supervised release were reviewed with her, to include the above-noted standard condition number 5. Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed.

On March 24, 2021, Ms. King released from the Spokane County Jail to the staff of American Behavioral Health Systems (ABHS) for transport to their inpatient treatment facility. On March 25, 2021, the undersigned met with Ms. King at ABHS. Ms. King was reminded of her requirement to remain at ABHS until treatment was completed, as well as her requirement to secure USPO approved housing prior to discharge.

On April 6, 2021, the undersigned made contact with Ms. King's treatment counselor with ABHS. Her counselor advised that on April 5, 2021, a random room search was conducted. Located in Ms. King's property was drug paraphernalia (a spoon and tine foil with white residue on it). As a result, a urinalysis was collected. Ms. King tested presumptive positive for Methylenedioxymethamphetamine (MDMA, also known as ecstasy, as well as methamphetamine. Ms. King denied use and the sample was sent to the lab for additional testing. That same evening, Ms. King left the facility and her whereabouts are currently unknown. Ms. King has not reported her current location to the undersigned.

Prob12C
Re: King, Sawndra
April 6, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/06/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/6/2021
Date