PROB 12C
(6/16)

Report Date:  May 18, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

May 18, 2021

### Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sawndra King                         Case Number: 0980 4:18CR06020-EFS-1

Address of Offender:                                   Cheney, Washington 99004

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
|---|---|---|
| Original Sentence: | Prison - 24 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (November 12, 2020) | Prison - 135 days; TSR - 31 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 18, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Sawndra King violated the terms of her supervised release on or about April 4 and 5, 2021, by consuming a controlled substance, methamphetamine and amphetamine.

On November 19, 2020, supervision commenced in this matter.  On November 24, 2020, a supervision intake was completed at which time the conditions of her supervised release were reviewed with her, to include the above-noted special condition number 4.  Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed.

**Prob12C**
**Re: King, Sawndra**
**May 18, 2021**
**Page 2**

In January 2021, Ms. King opted into the Sobriety Treatment and Education Program (STEP). As a result of continued use of illicit substances, she was sanctioned by STEP to be taken into custody and remain until she completed an inpatient treatment assessment and follow the recommendation. She was advised that should inpatient treatment be recommended, she was to remain at the inpatient treatment facility until treatment was completed.

On March 24, 2021, Ms. King released from the Spokane County Jail to the staff of American Behavioral Health Systems (ABHS) for transport to their inpatient treatment facility. On March 25, 2021, the undersigned met with Ms. King at ABHS. Ms. King was reminded of her requirement to remain at ABHS until treatment was completed, as well as her requirement to secure USPO approved housing prior to discharge.

On April 6, 2021, the undersigned made contact with Ms. King's treatment counselor with ABHS. They advised that on April 5, 2021, a random room search was conducted. Located in Ms. King's property was drug paraphernalia (a spoon and tin foil with white residue on it). As a result, a urinalysis was collected. Ms. King tested presumptive positive for Methylenedioxymethamphetamine (MDMA), also known as ecstasy, as well as methamphetamine. Ms. King denied use and the sample was sent to the lab for additional testing. That same evening, Ms. King left the facility and her whereabouts are currently unknown.

Since that time, the undersigned received lab reports on urine specimens collected at ABHS on April 4 and April 5, 2021.

The April 4, 2021, specimen has been confirmed positive for methamphetamine. The April 5, 2021, specimen has been confirmed positive for amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     05/18/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: King, Sawndra**
**May 18, 2021**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[X ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_Edward F. Shea_

_____
Signature of Judicial Officer

May 18, 2021
_____
Date