PROB 12C
(6/16)

Report Date: June 15, 2021

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Sawndra King                     Case Number: 0980 4:18CR06020-EFS-1

Address of Offender: Shoshone County Jail

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
| Original Sentence: | Prison - 24 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 12, 2020) | Prison - 135 days<br>TSR - 31 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 18, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2021 and 05/18/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**:  It is alleged that Sawndra King violated the terms of her supervised release on or about June 10, 2021, by being in possession of a controlled substance, methamphetamine, a felony, in Shoshone County Idaho.<br><br>On November 19, 2020, supervision commenced in this matter.  On November 24, 2020, a supervision intake was completed at which time the conditions of her supervised release were reviewed with her, to include the above-noted mandatory condition number 1.  Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed. |

Prob12C
# Re: King, Sawndra
**June 15, 2021**
**Page 2**

On June 10, 2021, members of the Greater Idaho Fugitive Take Force (GIFT), to include the United States Marshals Service, Coeurd'Alene Police Department and Idaho State Police, located and arrested Ms. King at a residence in Smelterville, Idaho.

Ms. King was wearing a backpack at the time of the contact. Officers searched Ms. King's person and the backpack incident to her arrest on the USMS warrant. Officers located three small plastic baggies in a brown wallet. Two of the baggies contained a white crystalline substance that based on the officers training and experience, appeared to be methamphetamine. In an internal zippered pocket of the backpack, officers located a small plastic baggie containing a dark tar-like residue which appeared to be heroin. A small spiral notebook was located. It is noted that on the last page on the notebook were several columns of numbers. Based on the officers experience with drug investigations, it appeared the ledger was used for keeping track of sales and money owed.

Officer located an Alaska identification card for Jody L. Murinko (who was present at the residence) in the brown wallet where the methamphetamine was located along with a doctor's appointment reminder card for Ms. Murinko. Ms. Murinko advised the items may have gotten mixed up when she and Ms. King did laundry together. Ms. King initially denied ownership of the backpack, however, she ultimately admitted the wallet and the backpack were hers and that she had gotten the identification from clothing in the laundry.

Ms. King was handcuffed and transported to the Shoshone County Jail where she was booked in for possession of methamphetamine.

A field test kit revealed the white crystalline substance to be methamphetamine. The suspected heroin residue did not test positive. The methamphetamine weighed in baggies at .7 grams and was sent to the Idaho State Police laboratory for testing.

5   **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged that Sawndra King violated the terms of her supervised release on or about June 10, 2021, traveling outside of the Eastern District of Washington without prior approval.

On November 19, 2020, supervision commenced in this matter. On November 24, 2020, a supervision intake was completed at which time the conditions of her supervised release were reviewed with her, to include the above-noted standard condition number 3. Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed.

On June 10, 2021, members of the Greater Idaho Fugitive Take Force (GIFT), to include the United States Marshals Service, Coeurd'Alene Police Department and Idaho State Police, located and arrested Ms. King at a residence in Smelterville, Idaho.

Ms. King did not have prior approval from the U.S. Probation Office to travel out of the Eastern District of Washington.

Prob12C
**Re: King, Sawndra**
**June 15, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/15/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

June 16, 2021

Date