PROB 12C
(6/16)

# United States District Court
## for the
### Eastern District of Washington

Report Date: February 1, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sawndra King | Case Number: 0980 4:18CR06020-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
| Original Sentence: | Prison - 24 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence (November 12, 2020) | Prison - 135 days<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: June 18, 2023 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2021, 05/18/2021 and 06/16/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ms. King violated the terms of her supervised release by failing to appear for random urinalysis on or about December 23 and 28, 2021, and January 5, 2022. |
| | On November 19, 2020, supervision commenced in this matter. On November 24, 2020, a supervision intake was completed, at which time the conditions of her supervised release were reviewed with her, to include the above-noted special condition number 4. Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed. |

Prob12C
**Re: King, Sawndra**
**February 1, 2022**
**Page 2**

        Ms. King is enrolled in random drug testing through Pioneer Human Services. She is expected to call the drug testing line daily to determine if she is required to appear for testing that same day. PHS provided notifications that Ms. King had failed to appear for a random urinalysis on December 23, and 28, 2021, and on January 5, 2002. On December 29, 2021, Ms. King indicated she did not realize she missed a urinalysis on December 23, 2021, and with respect to the December 28, 202, missed drug test, she indicated she was busy that day and had "spaced it". On January 12, 2022, she was contacted about the January 5, 2022, missed urinalysis. Ms. King indicated she must have forgotten to call.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

February 3, 2022
Date