PROB 12C
(6/16)

Report Date: March 11, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sawndra King | Case Number: 0980 4:18CR06020-EFS-1 |

Address of Offender: ▓▓▓▓▓▓▓ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) |
| Original Sentence: | Prison - 24 months<br>TSR - 48 months    Type of Supervision: Supervised Release |
| Revocation Sentence (November 12, 2020) | Prison - 135 days<br>TSR - 31 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office    Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Paul Shelton    Date Supervision Expires: June 18, 2023 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2021, 05/18/2021, 06/16/2021, and 02/01/22.

On November 24, 2020, a supervision intake was completed, at which time the conditions of Ms. King's supervised release were reviewed with her.  Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ms. King violated the terms of her supervised release by consuming controlled substances, Fentanyl, methamphetamine and amphetamine, on or about March 2, 2022, in Spokane, Washington. |

Prob12C
Re: King, Sawndra
March 11, 2022
Page 2

On March 2, 2022, Ms. King reported to the U.S. Probation Office. She was advised that she would be required to submit to a urinalysis.

During the collection process, Ms. King indicated that she may still be positive due to the incidental use she previously reported to the undersigned. However, it should be noted that Ms. King had not previously reported any form of use to the undersigned. Ms. King claimed that she had accidentally consumed someone else's drink on February 28, 2022, and this beverage contained a "cocktail" to which Ms. King did not know the contents of.

The sample submitted on March 2, 2022, tested presumptive positive for Fentanyl, methamphetamine and amphetamine and was sent to the lab for additional testing.

A lab report later confirmed a positive presence for Fentanyl, methamphetamine and amphetamine.

| | |
|---|---|
| 8 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Ms. King violated the terms of her supervised release by failing to report to the U.S. Probation Office on or about March 8 and 11, 2022, as directed, in Spokane, Washington.

On March 2, 2022 during an office visit, Ms. King was directed to report again on March 8, 2022, at 7:00 a.m. That same day, during a home visit, she was reminded to report again on March 8, 2022.

On March 8, 2022, Ms. King failed to report as directed.

On March 10, 2022, efforts were made to contact Ms. King via telephone and text messaging. A voice message and text message was sent advising her to report on March 11, 2022, at 7:00 a.m.

On March 11, 2022, Ms. King failed to report as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/11/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: King, Sawndra
March 11, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

_____3/11/2022_____
Date