PROB 12C
(6/16)

Report Date: June 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sawndra King                     Case Number: 0980 4:18CR06020-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 28, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) |
| Original Sentence: | Prison - 24 months<br>TSR - 48 months     Type of Supervision: Supervised Release |
| Revocation Sentence<br>(November 10, 2020) | Prison - 135 days<br>TSR - 31 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office     Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Paul Shelton     Date Supervision Expires: June 18, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2021, 05/18/2021, 06/16/2021, 02/01/2022 and 03/11/2022.

On November 24, 2020, a supervision intake was completed, at which time the conditions of Ms. King's supervised release were reviewed with her. Ms. King signed a copy of her judgment indicating an acknowledgment of the conditions imposed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: It is alleged that Sawndra King violated the terms of her supervised release by possessing a controlled substance, methamphetamine, on or about June 21, 2022.<br><br>An available incident report from the Spokane Police Department indicated that on June 21, 2022, law enforcement was flagged down by a female, later identified as Sawndra King, who appeared to have been in a possible mental health crisis. A mental health clinician was with |

Prob12C
Re: King, Sawndra
June 28, 2022
Page 2

the officer and they attempted to speak with Ms. King. Ms. King ultimately walked away advising she did not trust them. She was contacted again due to concerns with her walking in the middle of the roadway which forced vehicles to stop.

Sawndra King eventually provided her name and it was determined that she had an active United States Marshals warrant. She was ultimately searched and several baggies of what appeared to be methamphetamine were located. The substance was field tested and returned a positive result for methamphetamine.

Mr. King was booked into the Spokane County Jail on the United States Marshals warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/28/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

June 29, 2002

Date